RALPH P GUENTHER, ESQ., BAR NO. 124245
**DOUGHERTY & GUENTHER, APC**
601 South Main Street
Salinas, CA 93901
(831) 783-3440
FAX (831) 796-0390

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re: ) | **Case No.: 10-57746MEH** |
| GUILLERMO and JACQUELINE AZUA; ) | |
| Debtors. ) | **Chapter 13** |
| ) | |
| ) | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| ) | |

The Debtors respectfully request that the Court modify the Chapter 13 Plan as follows:

1. With regard to the monthly plan payments of **$1,750.00**, those payments shall:
   \_\_\_\_ be suspended for: _____
   \_\_\_\_ be increased to: $_____, effective _____
   \_\_\_\_ be decreased to: $_____, effective _____
   \_\_\_\_ other:

2. With regard to secured claims:
   \_\_\_\_ to treat the claim(s) of ADDITIONAL creditor(s) as secured, as follows:
   CREDITOR NAME     VALUE OF COLLATERAL    MONTHLY PYMT (IF FIXED)    INTEREST RATE (must be specified)

   \_\_\_\_ to CHANGE the treatment of certain secured claim(s), as follows:
   CREDITOR NAME     VALUE OF COLLATERAL    MONTHLY PYMT (IF FIXED)    INTEREST RATE (must be specified)

   \_\_\_\_ to treat as UNSECURED the claim(s) of the following creditor(s) which were previously treated as secured:

3. With regard to general unsecured claims, to change the dividend paid:
   \_\_\_\_ from _____% to *_____%.
   \_\_\_\_ from a pot plan* of $_____ to a pot plan * of $_____.
   \_\_\_\_ from a percentage plan at _____% to a pot plan* of $_____.
   \_\_\_\_ from a pot plan* of $_____ to a percentage plan at _____%
   \* A pot plan provides for a sum (as specified above) to be distributed pro rata, in the amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

4. \_\_\_\_ Other modifications:

5. X Debtors' reason(s) for requesting the above modification are: **Debtors elect to revest the real property located at 1908 Chelsea Ct., Salinas, California 93905 to the bankruptcy estate. Debtors are filing a motion to avoid the lien by Chase (Acct # 4781).**

6. \_\_\_\_ The Plan, if modified, would be completed within sixty (60) months from commencement of the case.
   WHEREFORE, the Debtors request that the Court modify the Chapter 13 plan as set forth above.

Dated: May 12, 2015                                            /s/ Ralph P Guenther    Bar # 124245
                                                               Attorney for Debtors