DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

GUILLERMO AZUA, JR

JACQUELINE AZUA

        Debtor(s)

Chapter 13
Case No. 10-57746 MEH

TRUSTEE'S OBJECTION TO DEBTORS'
MOTION TO MODIFY CHAPTER 13 PLAN
AND REQUEST FOR HEARING with
CERTIFICATE OF SERVICE

Devin Derham-Burk, Trustee in the above matter, hereby requests a hearing be brought before the above entitled Court to determine whether or not the debtor(s) should be allowed to modify the Chapter 13 plan as requested. The Trustee objects to the debtors' Motion to Modify Chapter 13 Plan filed on May 12, 2015 for the following reasons:

It appears that the debtors are attempting to modify the terms of the confirmed plan; however this appears as a reason for requesting the modification, which makes no changes to the plan. The debtors must file an Amended Modification which provides the specific changes to the plan under section 4 of the Motion to Modify.

Dated: 05/21/2015

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

1

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Debtors' Motion to Modify Chapter 13 Plan by placing same in an envelope in the U.S. Mail at Los Gatos, California on May 21, 2015.

Said envelopes were addressed as follows:

| | |
|---|---|
| Guillermo Azua, Jr<br>Jacqueline Azua<br>1908 Chelsea Ct<br>Salinas, CA. 93906 | Dougherty & Guenther APC<br>601 S Main St<br>Salinas, CA. 93901 |

/S/ Herminia Silva
_____
Office of Devin Derham-Burk, Trustee