| | |
|---|---|
| 1 | DEVIN DERHAM-BURK, ESQ. #104353 |
| 2 | CHAPTER 13 STANDING TRUSTEE |
|   | DEVIN L. PACE, ESQ. #256514 |
| 3 | NANETTE DUMAS, ESQ. #148261 |
|   | JANE Z. BOHRER, EXQ. #243692 |
| 4 | P.O. BOX 50013 |
|   | SAN JOSE, CA  95150-0013 |
| 5 | TELEPHONE:  (408) 354-4413 |
| 6 | FACSIMILE:  (408) 354-5513 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO. 10-57746 HLB** |
| GUILLERMO AZUA, JR. and JACQUELINE AZUA, | **NOTICE OF HEARING ON DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN** |
| Debtors. | Hearing Date: July 10, 2015<br>Hearing Time:  10:00 A.M.<br>Judge: Hon. Hannah L Blumenstiel<br>Place:  U.S. Bankruptcy Court<br>    1000 South Main St., Rm. 214<br>    Salinas, CA 93901 |

**TO:  GUILLERMO AZUA, JR**., **JACQUELINE AZUA and RALPH P. GUENTHER, ESQ.:**

PLEASE TAKE NOTICE THAT on July 10, 2015 at 10:00 a..m., or as soon thereafter as the matter can be heard by the Honorable Hannah L. Blumenstiel, or any judge sitting in her stead, in Courtroom 214 of the United States Bankruptcy Court, Northern District of California, San Jose Division, located at 1000 Main St., Salinas, CA 95113, a hearing will be held on

Debtors' previously served Motion To Modify Chapter 13 Plan ("Motion") [Docket # 68] and the Chapter 13 Trustee's Objection and Amended Objection thereto [Docket # 70 and # 73].

If you have received this notice of hearing without the Motion documents and would like a complete copy of the Motion and/or the Objections thereto, please request copies from the Bankruptcy Court Clerk's office, PACER online service, or the Trustee's office by contacting Jane Bohrer, Office of Devin Derham-Burk, Trustee, P.O. Box 50013, San Jose, CA 95150-0013; (408) 354-4413.

Date: July 2, 2015        /s/ *Jane Z. Bohrer*
                          Attorney for the Chapter 13 Trustee