The following constitutes
the order of the court. Signed July 17, 2015

*M. Elaine Hammond*
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 10-57746 MEH |
| | ) |
| Guillermo Azua, Jr. and | ) Chapter 13 |
| | ) |
| Jacqueline Azua, | ) |
| | ) Date:  July 10, 2015 |
| Debtors. | ) Time:  10:00 a.m. |
| | ) Ctrm:  214 (Salinas) |
| | ) |

### <u>ORDER DENYING MOTION TO MODIFY PLAN</u>

A hearing was held July 10, 2015 on Debtors' motion to modify their confirmed chapter 13 plan (Dkt. # 68) in the above-captioned case.  Ralph Guenther appeared on behalf of Debtors and Jane Bohrer appeared on behalf of the Chapter 13 Trustee.  For the reasons stated on the record, it is hereby

ORDERED that the Chapter 13 Trustee's objection to the motion (Dkt. # 73) is sustained and the motion is denied.

***END OF ORDER***

**UNITED STATES BANKRUPTCY COURT**
**for the Northern District of California**

1

**COURT SERVICE LIST**

All ECF Recipients

UNITED STATES BANKRUPTCY COURT
for the Northern District of California